McGREGOR W. SCOTT
United States Attorney
VIRNA L. SANTOS
Assistant U.S. Attorney
Federal Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 1:05cr00048 AWI |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | CONTINUE MOTIONS HEARING |
| ) | |
| v. ) | |
| ) | |
| MIGUEL ANGEL ORTIZ CISNEROS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney for the government, and JAMES R. HOMOLA, attorney for MIGUEL ANGEL ORTIZ CISNEROS, to continue the hearing date in this matter, currently set for November 27, 2006, to a new date of **December 4, 2006 at 9:00 a.m.**

This continuance is necessary to permit the parties to conclude plea negotiations and, in the alternative, to conduct defense investigation necessary for trial preparation

Both parties stipulate that time shall be excluded for the above purposes until the new hearing date of December 4, 2006, pursuant to 18 U.S.C. § 3161(h)(8)(A).

1

1 | **IT IS SO STIPULATED,**

2 | Dated: November 22, 2006

                                                  /s/ Virna L. Santos
                                                  VIRNA L. SANTOS
                                                  Assistant U. S. Attorney

Dated: November 21, 2006                        /s/ James R. Homola
                                                  JAMES R. HOMOLA
                                                  Attorney for Miguel Angel Ortiz Cisneros

**ORDER**

IT IS SO ORDERED.  The intervening period is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(f) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   November 22, 2006**                    **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE